COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Lorenzo Gonzalez and Malissa Moore, Individually and
as next friend of J.G., J.G., J.G. and A.G., Minors v.
Regulatory Consultants, Inc.

Appellate case number:    01-15-01113-CV

Trial court case number:  2013-72417A

Trial court:              281st District Court of Harris County

On August 18, 2016, this Court granted the agreed motion by appellants, Juan Lorenzo Gonzalez and Malissa Moore, Individually and as next friend of J.G., J.G., J.G. and A.G., Minors, to abate this appeal for thirty days and remand the case to the trial court for further proceedings to finalize settlement. *See* TEX. R. APP. P. 42.1(A)(2)(C). This Court's Order also stated that this appeal would be reinstated on this Court's own motion within thirty days of that Order unless either party filed a motion to extend the abatement or reinstate this appeal. To date, neither party has filed any motion in this Court requesting an extension of the abatement or reinstatement.

Accordingly, the Clerk of this Court is directed to **REINSTATE** this case on this Court's active docket. Appellants' brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   ☒  Acting individually

Date: November 8, 2016